IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>ANTHONY G. BROWN,<br>Attorney General of Maryland,<br><br>*Defendant*. | )<br>)<br>)<br>)<br>)<br>) No. _____<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Plaintiff the National Shooting Sports Foundation, Inc. ("NSSF"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 65, requests that the Court enter a preliminary injunction for the reasons stated in its Memorandum in Support of its Motion for Preliminary Injunction. NSSF files its supporting Memorandum, exhibits, and proposed order concurrently with this Motion. NSSF respectfully requests a hearing on its Motion.

NSSF seeks a preliminary injunction to enjoin the enforcement of Maryland House Bill 947 ("HB947"), signed into law on May 16, 2024, and codified in part at Md. Code Ann., Cts. & Jud. Proc. §§ 3-2501 through 2504. NSSF requests that the Court enter a preliminary injunction—as set forth in the attached proposed order—barring Defendant Attorney General Brown as well as all officers, agents, and employees subject to Defendants' supervision, direction, and/or control, from bringing suit or taking any other action against NSSF or its members under any provision of HB947, including those provisions codified at Md. Code Ann., Cts. & Jud. Proc. §§ 3-2501 through 2504. NSSF further requests that the Court waive the security requirement set forth in Federal Rule of Civil Procedure 65(c).

Respectfully submitted,

<u>s/James W. Porter III</u>
JAMES W. PORTER III (BAR NO. 19416)
JOHN PARKER SWEENEY (BAR NO. 08761)
BRADLEY ARANT BOULT CUMMINGS, LLP
1615 L Street NW, Suite 1350
Washington, DC 20036
(202) 719-8232
jporter@bradley.com

PAUL D. CLEMENT*
ERIN E. MURPHY*
MATTHEW D. ROWEN*
NICHOLAS A. AQUART**
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900

* *Pro hac vice* application forthcoming.

** Supervised by principals of the firm who are members of the Virginia Bar; *pro hac vice* application forthcoming.

*Counsel for Plaintiff*

April 3, 2025

2

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing shall be served via U.S. Certified Mail with return receipt requested upon Defendant at the following address:

Anthony G. Brown
Office of the Attorney General
200 St. Paul Place
Baltimore, Maryland 21202

                                                Respectfully submitted,

                                                /s/ JAMES W. PORTER III
                                                JAMES W. PORTER III (Bar No. 19416)