IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> ANTHONY G. BROWN, <br> Attorney General of Maryland, <br><br> *Defendant*. | No. 1:25-cv-01115-RDB |

**NOTICE OF UNOPPOSED MOTION BY GUN VIOLENCE PREVENTION GROUPS FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

**PLEASE TAKE NOTICE** that Everytown for Gun Safety Support Fund, Brady Center to Prevent Gun Violence, and Giffords Law Center to Prevent Gun Violence ("Amici") hereby move for leave to participate in the above-captioned matter as amici curiae by filing a brief in support of Defendant's Opposition to Plaintiff's Motion for Preliminary Injunction.

**PLEASE TAKE FURTHER NOTICE** that, in support of this motion, Amici shall rely on the accompanying Memorandum of Law in Support of Motion for Leave, their proposed amicus brief, and the proposed order submitted herewith.

Dated: May 21, 2025                                Respectfully submitted,

OF COUNSEL:
**BRADY CENTER**
  **TO PREVENT GUN VIOLENCE**
Douglas Letter
Shira Lauren Feldman
Tess Fardon
840 First Street, NE, Suite 400
Washington, DC 20002
Phone: (202) 370-8106
dletter@bradyunited.org
sfeldman@bradyunited.org
tfardon@bradyunited.org
*Counsel for Brady Center*
*to Prevent Gun Violence*

**GIFFORDS LAW CENTER**
  **TO PREVENT GUN VIOLENCE**
Kelly M. Percival
268 Bush St. #555
San Francisco, CA 94104
Phone: (202) 808-8654
kpercival@giffords.org

David Pucino
244 Madison Ave., Ste. 147
New York, NY 10016
Phone: (202) 808-8654
dpucino@giffords.org
*Counsel for Giffords Law Center to*
*Prevent Gun Violence*

**BRADY CENTER**
  **TO PREVENT GUN VIOLENCE**
*/s/ Erin Davis*
Erin Davis
Bar No. 30437
840 First Street, NE, Suite 400
Washington, DC 20002
Phone: (202) 370-8106
edavis@bradyunited.org

OF COUNSEL:
**EVERYTOWN LAW**
Alla Lefkowitz
Alison Barnes
Andrew Nellis
P.O. Box 14780
Washington, DC 20044
Phone: 202-545-3257
alefkowitz@everytown.org
abarnes@everytown.org
anellis@everytown.org

*Counsel for Amici Curiae Everytown for Gun Safety Support Fund, Brady Center to Prevent Gun Violence, and Giffords Law Center to Prevent Gun Violence*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> ANTHONY G. BROWN, Attorney General of Maryland, <br><br> *Defendant.* | No. 1:25-cv-01115-RDB <br><br> **(PROPOSED) ORDER** |

**THIS MATTER** having come before the Court upon the unopposed motion of Everytown for Gun Safety Support Fund, Brady Center to Prevent Gun Violence, and Giffords Law Center to Prevent Gun Violence for an Order granting them leave to file a brief as amici curiae; and the Court having considered the submissions; and for good cause shown;

**IT IS HEREBY ORDERED**, on this ___ day of May, 2025, that:

The Motion is **GRANTED**;

The proposed amicus brief is deemed **FILED**.

_____
Hon. Richard D. Bennett
United States District Judge

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION, INC., <br><br>  *Plaintiff*, <br><br> v. <br><br> ANTHONY G. BROWN, <br> Attorney General of Maryland, <br><br> *Defendant.* | No. 1:25-cv-01115-RDB |

**UNOPPOSED MOTION BY GUN VIOLENCE PREVENTION GROUPS FOR LEAVE TO FILE BRIEF AS AMICI CURIAE IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

With the consent of both parties, Everytown for Gun Safety Support Fund ("Everytown"), Brady Center to Prevent Gun Violence ("Brady"), and Giffords Law Center to Prevent Gun Violence ("Giffords Law Center") (collectively, "Amici") respectfully move for leave to file an amicus curiae brief in support of Defendant Anthony G. Brown's opposition to Plaintiff's motion for a preliminary injunction (filed as Docket Entry #3). The proposed amicus brief is attached hereto as **Exhibit A**. A proposed order is also submitted herewith.

Everytown, Brady, and Giffords Law Center are national non-profit gun violence prevention organizations that advocate in Maryland and around the country for gun violence prevention laws and are dedicated to researching, writing, enacting, and defending laws and policies proven to reduce gun violence and save lives.

- **Everytown for Gun Safety** is the nation's largest gun violence prevention organization with over ten million supporters, including moms, mayors, survivors, students, and everyday Americans who are fighting for common-sense gun safety measures that can help save lives.

- A leader in gun violence prevention for over 40 years, **Brady** is one of the nation's oldest and largest nonpartisan, non-profit organizations dedicated to gun violence prevention. Brady provides education, research, and direct legal advocacy to reduce gun deaths and injuries, including filing amicus briefs and representing victims and communities in impact litigation.

- For over 25 years, the legal experts at **Giffords Law Center to Prevent Gun Violence** have been fighting for a safer America. Led by former Congresswoman Gabrielle Giffords, Giffords Law Center researches, drafts, and defends the laws, policies, and programs proven to save lives from gun violence.

Everytown, Brady, and Giffords Law Center have extensive experience litigating cases against firearm industry members, including many cases involving the Protection of Lawful Commerce in Arms Act (PLCAA). Amici have an interest in ensuring that PLCAA and its exceptions are properly construed, so that it is not misread to extinguish claims that Congress did not seek to preempt.

In its motion for a preliminary injunction, Plaintiff argues, among other things, that PLCAA preempts Maryland's Gun Industry Accountability Act. Amici submit this brief in support of Defendant's opposition to Plaintiff's motion to provide helpful context regarding how PLCAA has been applied by courts around the country to civil litigation against members of the firearm industry and to show that, when applied pursuant to its plain text, PLCAA does not stand as an obstacle to Maryland's enactment of the Act. Amici's brief will aid the Court as it considers the application of PLCAA and PLCAA's compatibility with the Act.

No party's counsel authored Amici's brief in whole or in part, and no party or party's counsel contributed money to fund the preparation or submission of the brief.

Amici respectfully request that the Court grant this motion for leave to file their amicus brief.

2

Dated: May 21, 2025

OF COUNSEL:

**BRADY CENTER
 TO PREVENT GUN VIOLENCE**
Douglas Letter
Shira Lauren Feldman
Tess Fardon
840 First Street, NE, Suite 400
Washington, DC 20002
Phone: (202) 370-8106
dletter@bradyunited.org
sfeldman@bradyunited.org
tfardon@bradyunited.org
*Counsel for Brady Center
Against Gun Violence*

**GIFFORDS LAW CENTER
 TO PREVENT GUN VIOLENCE**
Kelly M. Percival
268 Bush St. #555
San Francisco, CA 94104
Phone: (202) 808-8654
kpercival@giffords.org

David Pucino
244 Madison Ave., Ste. 147
New York, NY 10016
Phone: (202) 808-8654
dpucino@giffords.org
*Counsel for Giffords Law Center to
Prevent Gun Violence*

Respectfully submitted,

**BRADY CENTER
 TO PREVENT GUN VIOLENCE**
*/s/ Erin Davis*
Erin Davis
Bar No. 30437
840 First Street, NE, Suite 400
Washington, DC 20002
Phone: (202) 370-8106
edavis@bradyunited.org

OF COUNSEL:
**EVERYTOWN LAW**
Alla Lefkowitz
Alison Barnes
Andrew Nellis
P.O. Box 14780
Washington, DC 20044
Phone: 202-545-3257
alefkowitz@everytown.org
abarnes@everytown.org
anellis@everytown.org

*Counsel for Amici Curiae Everytown for Gun
Safety Support Fund, Brady Center to Prevent
Gun Violence, and Giffords Law Center to
Prevent Gun Violence*

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 21, 2025, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the District of Maryland by using the CM/ECF system. Counsel for all parties are registered CM/ECF users, and will be served by the CM/ECF system.

      */s/ Erin Davis*
Erin Davis
Bar No. 30437
Brady Center
 to Prevent Gun Violence
840 First Street, NE, Suite 400
Washington, DC 20002
Phone: (202) 370-8106
edavis@bradyunited.org