# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION, INC., | * | |
| *Plaintiff*, | | |
| | * | |
| vs. | | Civil Action No: RDB-25-1115 |
| | * | |
| ANTHONY G. BROWN, ATTORNEY GENERAL OF MARYLAND, | * | |
| *Defendant*. | * | |

******

## ORDER

The Court finds it necessary to recuse from this matter now pending before the Court. Accordingly, the Clerk is directed to reassign this case.

It is so **ORDERED**.

Date: June 26, 2025

/s/ RICHARD D. BENNETT
Richard D. Bennett
United States District Judge