# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION, INC., | * | |
| *Plaintiff*, | * | |
| v. | * | No. 1:25-cv-01115-BRS |
| ANTHONY G. BROWN, | * | |
| *Defendant*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITIES

Defendant respectfully provides notice that on July 10, 2025, the United States Court of Appeals for the Second Circuit in *National Shooting Sports Foundation, Inc. v. James*, No. 22-1374, affirmed the district court's order that dismissed plaintiffs' complaint challenging New York's gun-related public nuisance statute, which imposes liability for gun industry members who knowingly or recklessly endanger the safety or healthy of the public through their sale of marketing of firearms. The Second Circuit found that New York's law falls within PLCAA's predicate exception clause, does not violate the Commerce Clause, and is not void for vagueness. Op. at 5. Defendant cited to the district court matter in his opposition to Plaintiff's motion for preliminary injunction. *See* ECF 17 at 11. The Second Circuit's opinion supports Defendant's arguments regarding Plaintiff's failure to satisfy the elements for a preliminary injunction. A copy of the opinion is attached hereto as Exhibit 1.

Further, Defendant respectfully provides notice that also on July 10, 2025, the United States District Court for the District of New Jersey in *National Shooting Sports Foundation v. Platkin*, No. 3:22-cv-6646, denied plaintiff's motion for preliminary injunction, abstained from further proceedings, and stayed the matter pending ongoing state court proceedings in *Platkin v. Glock, Inc.*, Civ No. ESX-C-000286-24 (N.J. Super. Ct. Ch. Div.). The district court denied the motion for preliminary injunction after applying the *Younger* abstention doctrine. Op. at 13-22. Both Plaintiff and Defendant cited to cases that make up the procedural history of the federal New Jersey matter. *See* ECF 17 at 28; ECF 23 at 2, 6, 8. The District of New Jersey's opinion supports Defendant's arguments regarding *Younger* abstention, ECF 17 at 6, and directly contradicts Plaintiff's argument that *Younger* is inapplicable, ECF 23 at 1-3. Accordingly, the District of New Jersey's opinion supports Defendant's arguments regarding Plaintiff's failure to satisfy the elements for a preliminary injunction. A copy of the opinion is attached hereto as Exhibit 2.

**[Signature Page Follows]**

                                                Respectfully submitted,

                                                ANTHONY G. BROWN
                                                Attorney General of Maryland

                                                /s/ Joshua R. Chazen
                                                JOSHUA R. CHAZEN
                                                Federal Bar No. 06837
                                                Assistant Attorney General
                                                Office of the Attorney General
                                                200 Saint Paul Place
                                                20th Floor
                                                Baltimore, Maryland  21202
                                                jchazen@oag.state.md.us
                                                (410) 576-7058
                                                (410) 576-6995 (facsimile)

July 21, 2025                                    Attorneys for Defendant

## CERTIFICATE OF SERVICE

    I certify that, on July 21, 2025, I served the foregoing on all counsel of record by CM/ECF.

                                                /s/ Joshua R. Chazen
                                                JOSHUA R. CHAZEN