**CAROLYN A. QUATTROCKI**
*Chief Deputy Attorney General*

**LEONARD J. HOWIE III**
*Deputy Attorney General*

**CARRIE J. WILLIAMS**
*Deputy Attorney General*

**SHARON S. MERRIWEATHER**
*Deputy Attorney General*

**ZENITA WICKHAM HURLEY**
*Deputy Attorney General*



**STATE OF MARYLAND
OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVISION**

**ANTHONY G. BROWN**
*Attorney General*

**ROBERT A. SCOTT**
*Division Chief*

**JOSHUA R. CHAZEN**
*Deputy Division Chief*

**PETER V. BERNS**
*General Counsel*

**CHRISTIAN E. BARRERA**
*Chief Operating Officer*

August 27, 2025

The Honorable Robert S. Ballou
Sitting by Designation
United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

    Re:   *National Shooting Sports Foundation, Inc. v. Anthony G. Brown*,
           No. 1:25-cv-01115-RSB

Dear Your Honor:

    On August 26, 2025, counsel for the parties participated in a hearing addressing Plaintiff's motion for preliminary injunction. During the hearing, Your Honor inquired about the status of ongoing proceedings in *Mayor & City Council of Baltimore, et al. v. Glock, Inc., et al.*, Case No. C-24-CV-25-001450 in the Circuit Court for Baltimore City, Maryland (the "State Case"). Your Honor requested that the undersigned file, as part of this case's record, a copy of the motion to dismiss and motion to stay filed by defendants in the State Case.

    Accordingly, attached as Exhibit 1 to this correspondence is defendants' motion to dismiss and memorandum of law in support of the motion. And attached as Exhibit 2 to this correspondence is defendants' motion to stay proceedings and the exhibits attached to the motion to stay. Pursuant to Your Honor's directive, I will file the State Case plaintiffs' oppositions to both motions in subsequent correspondence, once filed. The oppositions are due September 10.

I certify that prior to filing this correspondence, I shared copies of the documents attached as exhibits hereto with Mr. Rowen, counsel for Plaintiff. Thank you.

                Respectfully submitted,

                /s/ Joshua R. Chazen

                Joshua R. Chazen
                Assistant Attorney General
                *Counsel for Defendant*

cc:    All counsel of record (via ECF)