**Clement & Murphy**
PLLC

September 10, 2025

**VIA ECF**

The Honorable Judge Robert S. Ballou
U.S. District Court for the Western District of Virginia
210 Franklin Road, SW
Suite 206
Roanoke, VA 24011-2208

    Re:    *National Shooting Sports Foundation, Inc. v. Brown*, No. 1:25-cv-01115

Dear Judge Ballou,

    Upon reviewing the transcript of the recent oral argument in this matter, it came to my attention that I represented that "by the time the Ninth Circuit ruled" in *Ileto v. Glock, Inc.*, 565 F.3d 1126 (9th Cir. 2009) ("*Ileto II*"), "California courts … had held" "in *Ileto* one" that "the statutes" at issue there "applied to the sale and marketing of firearms."  Tr. of Oral Arg. at 22:3-6, 13-16; *see also id.* at 22:14-15 (representing that "there was a state court judgment on what the statute[s] meant").  While the case to which I referred as "*Ileto* one" did hold that the statute at issue applied to the sale and marketing of firearms, the references to state courts are not accurate.  *Ileto I* was an earlier Ninth Circuit decision, not a decision of the California state courts.  *See Ileto v. Glock Inc.*, 349 F.3d 1191, 1209, 1215 (9th Cir. 2003) (holding that the statutes covered the defendants' alleged conduct); *see also Ileto II*, 565 F.3d at 1142 & n.2 ("declin[ing] to revisit that holding").  I regret the error.

                                                            Respectfully submitted,

                                                             s/Matthew D. Rowen
                                                            Matthew D. Rowen

                                                     *Counsel for Plaintiffs*

Cc:  All Counsel of Record