**CAROLYN A. QUATTROCKI**
*Chief Deputy Attorney General*

**LEONARD J. HOWIE III**
*Deputy Attorney General*

**CARRIE J. WILLIAMS**
*Deputy Attorney General*

**SHARON S. MERRIWEATHER**
*Deputy Attorney General*

**ZENITA WICKHAM HURLEY**
*Deputy Attorney General*

**ROBERT A. SCOTT**
*Division Chief*

**JOSHUA R. CHAZEN**
*Deputy Division Chief*

**PETER V. BERNS**
*General Counsel*

**CHRISTIAN E. BARRERA**
*Chief Operating Officer*



**STATE OF MARYLAND**
**OFFICE OF THE ATTORNEY GENERAL**
**CIVIL LITIGATION DIVISION**

**ANTHONY G. BROWN**
*Attorney General*

September 11, 2025

The Honorable Robert S. Ballou
Sitting by Designation
United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

    Re:   *National Shooting Sports Foundation, Inc. v. Anthony G. Brown*,
           No. 1:25-cv-01115-RSB

Dear Your Honor:

    On August 27, 2025, I filed, per Your Honor's directive during the August 26 hearing, a copy of the motion to dismiss and motion to stay filed by defendants in *Mayor & City Council of Baltimore, et al. v. Glock, Inc., et al.*, Case No. C-24-CV-25-001450 in the Circuit Court for Baltimore City, Maryland (the "State Case"). (*See* ECF 40, 40-1 and 40-2). Your Honor also directed during the August 26 hearing that I file the State Case plaintiffs' opposition to each motion once filed.

    Accordingly, attached as Exhibit 1 to this correspondence is State Case plaintiffs' opposition to State Case defendants' motion to dismiss and the exhibits attached to that opposition. And attached as Exhibit 2 to this correspondence is State Case plaintiffs' opposition to State Case defendants' motion to stay proceedings and the exhibits attached to that opposition.

    Further, the hearing in the State Case scheduled for September 12, 2025 was postponed. The Circuit Court for Baltimore City will now conduct a hearing on both the motion to dismiss and the motion to stay on October 23, 2025.

I certify that prior to filing this correspondence, I shared copies of the documents attached as exhibits hereto with Mr. Rowen, counsel for Plaintiff. Thank you.

Respectfully submitted,

/s/ *Joshua R. Chazen*

Joshua R. Chazen
Assistant Attorney General
*Counsel for Defendant*

cc:   All counsel of record (via ECF)