IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANTHONY G. BROWN, ATTORNEY GENERAL OF MARYLAND, <br><br> Defendant. | Civil Action No.: 1:25-cv-1115 |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, I **ABSTAIN** from further proceedings in this matter. This case is **DISMISSED** without prejudice.

It is so **ORDERED**.

Entered: October 21, 2025

*Robert S. Ballou*

Robert S. Ballou
United States District Judge